Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Northern Division

| | |
|---|---|
| Jonathan Oneal Nettles | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| _____ | |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☑Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Erik Skabardis, Christina Walsh, Jolina O'Berry, Brooke Kozlowski | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jonathan Nettles |
| Address | PO Box 303 |

| | | |
|---|---|---|
| Saginaw | MI | 48606 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Saginaw |
| Telephone Number | 989-964-9471 |
| E-Mail Address | Veteranjonathannettles@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Erik Skabardis |
| Job or Title *(if known)* | Sergeant at Bridgeport Township Police Department |
| Address | 6740 Dixie Highway |

| | | |
|---|---|---|
| Bridgeport | MI | 48722 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Saginaw |
| Telephone Number | 9897772800 |
| E-Mail Address *(if known)* | information@bridgeportmi.org |

☐ Individual capacity    ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Christina Walsh P69907 |
| Job or Title *(if known)* | Assistant Prosecutor at Saginaw County Courthouse |
| Address | 111 South Michigan Ave. |

| | | |
|---|---|---|
| Saginaw | MI | 48602 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Saginaw |
| Telephone Number | 9897905330 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

| | | | |
|---|---|---|---|
| Name | Jolina O"Berry P65617 | | |
| Job or Title *(if known)* | Assistant Prosecutor at Saginaw County Courthouse | | |
| Address | 111 South Michigan Ave. | | |
| | Saginaw | MI | 48602 |
| | *City* | *State* | *Zip Code* |
| County | Saginaw | | |
| Telephone Number | 9897905330 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

| | | | |
|---|---|---|---|
| Name | Brooke Kozlowski P82346 | | |
| Job or Title *(if known)* | Assistant Prosecutor at Saginaw County Courthouse | | |
| Address | 111 South Michigan Ave. | | |
| | Saginaw | MI | 48602 |
| | *City* | *State* | *Zip Code* |
| County | Saginaw | | |
| Telephone Number | 9897905330 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 4th Amendment of the US Constitution: Illegal search & seizure, Frank's violations, False Arrest, Gerstein violations, Malicious Prosecution, Excessive Force.

The 14th Amendment: Due Process and Equal Protection Under the Law.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Sgt Erik Skabardis acted under his authority as a Bridgeport Township Police officer and detective. Christina Walsh acted under her authority as an assistant prosecutor in Saginaw County Court. Jolina O'Berry acted under her authority as an assistant prosecutor in Saginaw County Court. Brooke Kozlowski acted under her authority as an assistant prosecutor in Saginaw County Court.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

In Saginaw County at 2560 King Rd (Bridgeport Township), at Saginaw County Courthouse, in Midland, and at the Saginaw County Jail in Michigan.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

First false arrest and Excessive Force on 28 August 2018 around 10 AM, same day as the illegal search seizure began. 4th Amendment & Franks violations on 28 September 2018, with the Search Warrant Affidavit. Second false arrest, malicious prosecution on 10 April 2019 around 10 AM, with unsigned felony warrant issued on 02 April 2019. Malicious Prosecution, 4th Amendment & Gerstein violations afte false arrest, which continued until NOT GUILTY verdict on 06-11-2021, when this Cause of Action began

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See Attachment (1 page).

Attachment:

False Arrest and Excessive Force:

Sgt Erik Skabardis failed to provide equal protection under the law and violated my constitutional rights, discriminated against me, and provided favors to my exwife, which he admitted to during trial. He pursued the case simply because "she wanted him to" (he admitted he never did a real investigation), which gave her an unfair advantage in our divorce. She filed for divorce the day before (9/11/18) the false child abuse allegations (9/12/18).

The setup for the false allegations was the false arrest on 28 August 2018. That day, Sgt Skabardis and two other BTPD officers broke out a window in my home at 2560 King Rd. in Bridgeport Township. They entered without my permission with guns and tasers pointed at me, forced me to the ground, cuffed and arrested me. Then, while cuffed and being held by the other two officers, Sgt Skabardis choked me with both hands. I spent three days in jail, but was released without any charges. However, Sgt Skabardis had moved my estranged wife into my home and she'd taken out a PPO, preventing me from returning there. Thus, I became a homeless veteran. Sgt Skabardis illegally seized and searched my personal belongings. He willfully and negligently excluded any information from the Search Warrant Affidavit on 9/28/2018 that would bring into question probable cause for a Search Warrant. He intentionally excluded the first CAN Council interview of the alleged victim in which she testified "Nothing criminal ever happened (by the accused)". He also seized and searched CDs, which were never listed or authorized to be searched (a 4th Amendment violation). Multiple CDs were searched, along with DVDs and other media. The state police officer concluded after over three months "Nothing criminal was found (23 January 2019)." And returned all items to Sgt Skabardis. However, on 01 March 2019, at the request of my exwife, as a favor, Sgt Skabardis resubmitted a CD that had already been searched with "Nothing found". This was right before final divorce proceedings. It was then that a tiny thumbnail image with alleged CSAM was found, an arrest warrant was issued, and I was arrested. The entire case was built upon that tiny thumbnail, which did not have me (the accused) in it. The image was a fake.


Malicious Prosecution, False Arrest, Gerstein: The all female prosecutors pursued the bogus charges against me primarily because I'm a male accused of sex crimes against a young female (my daughter) even though they knew my constitutional rights had been violated and the case lacked merit. The Arrest Warrest issued on 02 April 2019 was unsigned and invalid. After my arrest on 10 April 2019, I was held without bond and not given a hearing to determine probable cause until 20 May 2019, in violation of Gerstein and the 4th Amendment. The original Felony Complaint was signed by an unknown person as the Complaining Witness who was not listed in the Complaint as a witness. That unknown person was never questioned or gave any testimony in the case. The Complaining Witness was later changed to Officer Dennis Howe, who also was never questioned or gave any testimony. Despite being told numerous times of the constitutional violations, false arrests, excessive force, false evidence and lack of credibile evidence, prosecutors failed the uphold their oath of office to protect any accused person from such obvious violations. They continued to pursue the case and rejected any calls for bond or dismissal.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

When my home I inherited at 2560 King Rd was illegally broken into by Sgt Skabardis and two other Bridgeport Township Police officers, I was choked and suffered both physical and emotional pain! I'm a 100% disabled war veteran and was already recovering from a severe knee injury which was worsened by the excessive force used during my arrest on both dates (28 August 2018 and 04-10-2019). I'd torn my ACL and was unable to get any treatment in jail either time. Also suffered pain and injury to my hands and arms on 28 August 2018 due to being tightly handcuffed behind my back and forced to sit in the back of a police vehicle over an hour in the same position losing circulation in both hands and arms. Although I requested treatment, it was denied! I went almost two and a half years in jail suffering from extreme knee pain, barely able to walk. The only treatment was pain medications and medications for depression. My mental and emotional injuries will likely never heal...

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I'm seeking compensation for actual damages due to loss: $47,793 owed to loan company for home foreclosure, caused by false arrest.
$700 owed to my sister.
$4,578 owed to my bank for a repossessed 2019 vehicle, caused by false arrest.
$3,743 owed to my bank for a repossessed 2018 vehicle, caused by false arrest.
$50,000 in canceled life insurance policy, due to false arrest.
$95,000 in canceled life insurance policy, due to false arrest
$60,000 in divorce expenses, due to false arrest and malicious prosecution.
$30,000 in losses due to identity theft while in jail, due to false arrest and malicious prosecution.

Also seeking $10 million in punitive damages, due to my pain, suffering, being unable to attend the funerals of bot my nephew and my father, damage to my reputation as a licensed and ordained minister, and loss of custody of my five children due to the case and false allegations.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/07/2022

Signature of Plaintiff

Printed Name of Plaintiff      Jonathan Nettles

**B.    For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                                          City                    State        Zip Code

Telephone Number

E-mail Address