UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JONATHAN NETTLES,

        Plaintiff,                     Case No. 1:22-cv-10499

v.                                     Honorable Thomas L. Ludington
                                         United States District Judge
ERIK SKABARDIS, et al.,

                                         Honorable Patricia T. Morris
        Defendants.           United States Magistrate Judge
_____/

**JUDGMENT**

In accordance with the Opinion and Order issued today:

It is **ORDERED** that Plaintiff's Objections, ECF Nos. 107, are **OVERRULED**.

Further, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 106, is **ADOPTED**.

Further, it is **ORDERED** that Defendant Erik Skarbadis and David Duffett's Motion for Summary Judgment, ECF No. 89, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Motion to Deem Requests Admitted, ECF No. 88, is **DENIED AS MOOT**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

Dated: March 21, 2025                                       s/Thomas L. Ludington
                                                                    THOMAS L. LUDINGTON
                                                                    United States District Judge